

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00009-CR
No. 02-19-00010-CR

_____

EX PARTE MOHAMMAD RASHID SALIM

On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court Nos. 1487220D, 1487226D

Before Pittman, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant Mohammad Rashid Salim attempts to appeal from the trial court's denial of his requested habeas relief. On January 11, 2019, we notified Appellant of our concern that we lack jurisdiction over these appeals, in part because the trial judge has not signed a written order in either case denying the requested habeas relief. We informed Appellant that unless he or any party desiring to continue the appeals filed a response showing grounds for continuing the appeals by January 22, 2019, we could dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 43.2(f), 44.3. Appellant filed a timely response, but it does not assert that a written order denying habeas relief now exists. Appellant's response therefore does not show grounds for continuing these appeals.

The rules of appellate procedure provide that a criminal defendant has the right to appeal a judgment of guilt or other appealable order. *See* Tex. R. App. P. 25.2(a)(2). In both cases in the trial court, a signed docket entry dated November 26, 2018 states, "Writ of Habeas Corpus denied on the record." But a docket entry, even one signed by the trial judge, is not an appealable written order. *Ex parte Wiley*, 949 S.W.2d 3, 4 (Tex. App.—Fort Worth 1996, no pet.); *see also Ex parte Fry*, No. 07-12-00156-CR, 2012 WL 1694362, at *1–2 (Tex. App.—Amarillo May 15, 2012, no pet.) (mem. op., not designated for publication) (same).

Consequently, we dismiss these appeals for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  February 7, 2019